

'07 JAN 22 PM 1: 18

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:06CR338 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| JORGE GONZALEZ, aka DON JORGE | ) | |
| | ) | |
| Defendant. | ) | |

WHEREAS, the United States has filed Notice of Intent to Request Judicial Removal and Factual Allegations in Support of Removal of Jorge Gonzalez, aka Don Jorge, stating as follows:

1. The defendant, Jorge Gonzalez, is not a citizen or national of the United States.

2. The defendant is a native of the Mexico, and a citizen of Mexico.

3. The defendant entered the United States in the Fall of 2005.

4. On November 2, 2006, the defendant was scheduled to plead guilty to conspiracy to possess with the intent to distribute and to distribute marijuana, in violation of Title 21, United States Code, Section 846, in Case No. 1:06CR338, in United States District Court, Cleveland, Ohio. On November 6, 2006, the defendant in fact pled guilty to conspiracy to possess with the intent to distribute and to distribute marijuana, in violation of Title 21, United States Code, Section 846, in Case No. 1:06CR338, in United States District Court, Cleveland, Ohio.

-2-

AND WHEREAS, the United States has charged that at his sentencing, defendant will be subject to removal under 8 U.S.C. § 1227(a)(2)(A)(iii) of the Immigration and Nationality Act, in that at any time after entry, defendant will have been convicted of an aggravated felony as described in 8 U.S.C. § 1101(a)(43)(B), an offense relating to the illicit trafficking in a controlled substance, as described in 21 U.S.C. § 802.

AND WHEREAS, Jorge Gonzalez executed a plea agreement admitting all factual allegations contained in the Notice of Intent to Request Judicial Removal and Factual Allegations in Support of Removal to be true and correct, and conceded to be removed from the United States and requested judicial removal to Mexico.

Accordingly, it is HEREBY ORDERED, ADJUDGED, AND DECREED:

That Jorge Gonzalez is removable from the United States under 8 U.S.C. § 1227(a)(2)(A)(iii) of the Immigration and Nationality Act, in that after entry, defendant was convicted of an aggravated felony, as defined in 8 U.S.C. § 1101(a)(43)(B).

IT IS FURTHER ORDERED, pursuant to 8 U.S.C. § 1228(c), that the defendant be removed from the United States so that promptly upon his release from confinement herein, the Department of Homeland Security, Immigration and Customs Enforcement, may execute said removal order according to applicable laws and regulations.

JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

1/22/2007
DATE